AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GREAT DIVIDE,               ) | |
|     Plaintiff,               ) | |
|                                    ) | **JUDGMENT IN A CIVIL CASE** |
| v.               ) | CASE NO. 5:08-CV-204-F |
|                                    ) | |
| MIDNIGHT RODEO, DEBRA WILLINGHAM,   ) | |
|     Defendant,               ) | |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the Motion for Summary Judgment hereby is ALLOWED. The Motion for Judgment on the Pleadings by Midnight Rodeo is DENIED. The most recent filing by Great Divide for leave to file and Amended Complaint is DENIED AS MOOT. The Clerk of Court is DIRECTED to close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 24, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Phillip Alan Collins (via CM/ECF Notice of Electronic Filing)
Neil Wallace Morrison (via CM/ECF Notice of Electronic Filing)
Wesley A. Collins (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| May 24, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |